IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DAVID DEWAYNE OCKERMAN                                                    PLAINTIFF
ADC #88638

V.                                        NO: 4:11CV00546 JMM

J.R. HOWARD *et al.*                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 20th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE